Myers v Karaszewski (2023 NY Slip Op 04846)

Myers v Karaszewski

2023 NY Slip Op 04846

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., MONTOUR, OGDEN, AND DELCONTE, JJ.

609 CA 22-00917

[*1]SANDRA MYERS AND DAVID MYERS, PLAINTIFFS-RESPONDENTS,
v
BRIAN KARASZEWSKI, M.D., INVISION HEALTH, LLC, DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. (APPEAL NO. 1.) 

HURWITZ FINE P.C., BUFFALO (STEPHEN M. SORRELS OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
FARACI LANGE, LLP, BUFFALO (JENNIFER L. FAY OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered March 30, 2022. The order, among other things, denied the motion of defendants Brian Karaszewski, M.D. and Invision Health, LLC for summary judgment dismissing all claims against them. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court